# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2025 ND 219

Kelsey Dukart and Kelsey Dukart on behalf
of H.B. and E.B.,
                                                    Petitioners and Appellees

v.

Terica Holmes,
                                                    Respondent and Appellant

### No. 20250151

Appeal from the District Court of Stark County, Southwest Judicial District, the Honorable Dann E. Greenwood, Judge.

AFFIRMED.

Per Curiam.

Jared W. Gietzen, Dickinson, ND, for petitioners and appellees; submitted on brief.

Terica Holmes, self-represented, Dickinson, ND, respondent and appellant; submitted on brief.

**Dukart, et al. v. Holmes**
No. 20250151

**Per Curiam.**

[¶1] Terica Holmes appeals from a disorderly conduct restraining order. Holmes challenges the order on multiple grounds, including alleged constitutional violations. We affirm.

[¶2] Holmes's appellate brief is devoid of any statement of facts or citations to the record. Further, her arguments are conclusory and lack sufficient factual or legal analysis. While Holmes cites three United States Supreme Court cases, she does not elucidate on their applicability. Holmes's brief does not meet the minimum requirements in N.D.R.App.P. 28. *See State v. Noack*, 2007 ND 82, ¶ 9, 732 N.W.2d 389 (outlining the "absolutely imperative" requirements of N.D.R.App.P. 28). Because Holmes's brief is inadequate, we decline to delve into the record to analyze for constitutional issues. *See Montana-Dakota Utils. Co. v. Behm*, 2019 ND 139, ¶ 19, 927 N.W.2d 865 ("We do not address inadequately briefed issues."); *Horst v. Horst*, 2019 ND 93, ¶ 2, 925 N.W.2d 428 (declining to consider constitutional claims as arguments were inadequately articulated, supported, and briefed); *see also Buchholz v. Barnes Cnty. Water Bd.*, 2008 ND 158, ¶ 16, 755 N.W.2d 472 ("Judges, whether trial or appellate, are not ferrets, obligated to engage in unassisted searches of the record for evidence to support a litigant's position.").

[¶3] We summarily affirm under N.D.R.App.P. 35.1(a)(8).

[¶4] Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr

1